# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

144850

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN ASSOCIATION OF
GOVERNMENTAL EMPLOYEES,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN and OFFICE OF THE
STATE EMPLOYER,
      Defendants-Appellants.

SC: 144850
COA: 304920
Ct of Claims: 10-000037-MK

_____/

      On order of the Court, the application for leave to appeal the February 15, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

t0919